**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No.: 5:26-cr-00036-TPB-PRL**

**MONTREZ BALLARD,**

**Defendant,**
______________________________________/

## ORDER

This matter is before the Court on Defendant's motion for judicial notice of the technical characteristics of photographic files produced in discovery. (Doc. 33). The photographic files were at issue in Defendant's amended motion for sanctions for spoliation of material evidence. Specifically, Defendants sought sanctions for *inter alia* the United States' purported destruction of the native photographs. However, because the native photographs were produced at the hearing on August 17, 2026, and Defendant agreed that the photographs were no longer at issue in the motion for spoliation, Defendant's motion for judicial notice (Doc. 23) is **denied** as **moot**.

DONE and ORDERED in Ocala, Florida on August 19, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party