**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA,

v. Case No. 5:26-cr-36-TPB-PRL

MONTREZ BALLARD,

Defendant.
_____________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the report and recommendation of Philip R. Lammens, United States Magistrate Judge, entered on August 24, 2026. (Doc. 46). Judge Lammens recommends, following an evidentiary hearing, that Defendant Montrez Ballard's "Amended Motion for Sanctions for Spoliation of Material Evidence" (Doc. 23) be denied. Defendant objected to the report and recommendation. (Doc. 58). The Government filed a response to the objection. (Doc. 59).

Under the Federal Magistrates Act, Congress vests Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate

judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).

After careful consideration of the record, the Court adopts the report and recommendation. Judge Lammens's report and recommendation thoughtfully addresses the issues, and his findings and conclusions are factually and legally sound. Defendant's objections primarily rely on new evidence obtained after the evidentiary hearing before Judge Lammens. Although Defendant asks the Court to consider this evidence in reviewing the report and recommendation, the Court declines to do so in the first instance. *See United States v. Alexander*, No. 1:17-cr-13-7 (WLS), 2018 WL 265578, at *4 (M.D. Ga. Jan. 2, 2018) ("The magistrate judge is more familiar with the facts of the case than the district court. He should have the first opportunity to decide if the new evidence was material to his decision."). Accordingly, the Court adopts the report and recommendation based on the record presented to Judge Lammens. This Order does not preclude Defendant from seeking reconsideration based on newly discovered evidence, if appropriate. Any such motion will be referred to Judge Lammens for consideration in the first instance.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) The report and recommendation (Doc. 46) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Defendant's Amended Motion for Sanctions for Spoliation of Material Evidence" (Doc. 23) is denied.

**DONE** and **ORDERED** in Chambers in Ocala, Florida, this 20th day of October, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE